# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

UNITED STATES OF AMERICA, ex rel. PATRICIA and
MARK WEBSTER,

_____
*Plaintiff*
v.
SPOKANE HOUSING VENTURES and FRED PECK,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 30, 2020**

SEAN F. McAVOY, CLERK

Civil Action No.   2:17-CV-301-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41 (ECF No. 38) is APPROVED.
Plaintiffs' Complaint is dismissed with prejudice as to Relators Patricia Webster and Mark Webster and without fees or
costs to any party.
Plaintiffs' Complaint is dismissed without prejudice as to the United States and without fees or costs to any party.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   ROSANNA MALOUF PETERSON _____ .

Date:  01/31/2020 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates
_____